Wednesday, May 17, 2017

No. 16–0497/MC. U.S. v. Reece N. Tso. CCA 201400379. On further consideration of the granted issues, and in light of *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), and *United States v. Bartee*, 76 M.J. 141 (C.A.A.F. 2017), it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is hereby affirmed.

No. 17–0112/AR. U.S. v. Jason R. Crews. CCA 20130766. On further consideration of the granted issues, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

Thursday, May 18, 2017

No. 17–0171/CG. U.S. v. Koda M. Harpole. CCA 1420. Appellant's motion for leave to file an amended supplement with an additional assignment of error out of time is granted.

No. 17–0203/AR. U.S. v. David L. Jerkins. CCA 20140071. Appellee's motion to file a supplemental joint appendix is granted.

No. 17–0409/MC. U.S. v. Jason J. Williams. CCA 201500296. Appellant's motion to extend time to file a supplement to the petition for grant of review granted to June 6, 2017.